**NEVIUS, In re.**

Ohio Appeals, Second District, Clark County.

No. 489. Decided August 16, 1950.

Orel J. Myers, E. H. & W. B. Turner, Dayton, for appellant.
George S. Raup, William Malcolm Elder, Kenneth L. Rush, Springfield, committee for appellee.

**OPINION**

By THE COURT:

Submitted on application of appellant for an order of this court for diminution of the record and amendment of the same.

The subject matter of which a record of the trial court shall consist is peculiarly for the Judge of that court.

The record and files will be remanded to the Common Pleas Court for determination of the application.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.